| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| __Northern__ District of __Illinois__ (State) |
| Case number (If known): _____ Chapter you are filing under:<br>☐ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JAN 0 4 2017

JEFFREY P. ALLSTEADT, CLERK
DEPUTY CLERK

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 1. Your full name<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | LaVonne<br>First name<br><br>Renee<br>Middle name<br><br>Williams<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. All other names you have used in the last 8 years<br><br>Include your married or maiden names. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name |
| 3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx – xx – 0 0 4 3<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Official Form 101   Voluntary Petition for Individuals Filing for Bankruptcy   page 1

Debtor 1  __LaVonne Renee Williams_____  Case number (if known) _____
         First Name   Middle Name   Last Name

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:
- ☒ I have not used any business names or EINs.

Business name _____

Business name _____

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

About Debtor 2 (Spouse Only in a Joint Case):
- ☐ I have not used any business names or EINs.

Business name _____

Business name _____

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ - ___ ___ ___ ___ ___ ___ ___

**5. Where you live**

2404 Shelly Dr
Number   Street

Rockford          IL   61101
City              State   ZIP Code

Winnebago
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number   Street

P.O. Box

City                State   ZIP Code

**If Debtor 2 lives at a different address:**

Number   Street

City              State   ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number   Street

P.O. Box

City                State   ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

- ☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

- ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____

Debtor 1 __LaVonne Renee Williams__  Case number (if known)_____
         First Name  Middle Name  Last Name

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☒ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☒ No
☐ Yes. District _____ When __/__/____ Case number _____
       District _____ When __/__/____ Case number _____
       District _____ When __/__/____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes. Debtor _____ Relationship to you _____
       District _____ When __/__/____ Case number, if known _____
       Debtor _____ Relationship to you _____
       District _____ When __/__/____ Case number, if known _____

**11. Do you rent your residence?**

☒ No. Go to line 12.
☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101   Voluntary Petition for Individuals Filing for Bankruptcy   page 3

Debtor 1  LaVonne Renee Williams
_____First Name_____Middle Name_____Last Name_____

Case number (if known)_____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____
City                State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes.  What is the hazard?  _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
Number    Street

_____

_____
City                State    ZIP Code

Debtor 1  LaVonne Renee Williams                           Case number (if known)_____
          First Name   Middle Name   Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

- [x] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
  Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

- [ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
  Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

- [ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

  To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

  Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

  If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

  Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

- [ ] **I am not required to receive a briefing about credit counseling because of:**

  - [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  - [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  - [ ] **Active duty.** I am currently on active military duty in a military combat zone.

  If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  LaVonne Renee Williams                         Case number (if known) _____
          First Name  Middle Name  Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☒ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X /s/ LaVonne R Williams                      X _____
Signature of Debtor 1                           Signature of Debtor 2

Executed on 01 / 04 / 2017                    Executed on ___ / ___ / _____
            MM / DD / YYYY                                 MM / DD / YYYY

Official Form 101     Voluntary Petition for Individuals Filing for Bankruptcy     page 6

Debtor 1  LaVonne Renee Williams
        First Name    Middle Name    Last Name

Case number (if known) _____

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☒ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☒ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☒ No
☐ Yes. Name of Person_____.
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X *LaVonne Williams*          X _____
Signature of Debtor 1                Signature of Debtor 2

Date  01 04 2017          Date _____
     MM / DD / YYYY                     MM / DD / YYYY

Contact phone  779-210-7123         Contact phone _____

Cell phone  779-777-0923         Cell phone _____

Email address  lavwill815@aol.com        Email address _____

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                        )
                                              )
                                              )
                                              )
                                              )    Case No.
                                              )
Debtor (s)                                    )
LaVonne Renee Williams                        )    Chapter
                                              )
                                              )

List of Creditors

| | |
|---|---|
| Ocwen Loan Servicing LLC<br>Research Dept.<br>12650 Ingenuity Dr<br>Orlando FL. 32826<br>800-746-2936 | Capital One Auto Finance<br>Credit Bureau Dispute<br>P.O. Box 259407<br>Plano TX. 75025 |
| CitiMortgage<br>P.O. Box 6243<br>Sioux Falls SD 57117<br>800-238-7918 | GM Financial<br>P.O. Box 181145<br>Arlington TX 76096<br>800-284-2271 |
| Carrington Mortgage Services<br>P.O. Box 54285<br>Irvine CA 92619<br>800-561-4567 | SynB/JC Penneys<br>P.O. Box 965007<br>Orlando FL. 32896<br>542-0800 (773) |
| Carrington Mortgage Services<br>2201 E. 196th St.<br>Westfield IN 46074<br>800-561-4567 | Capital One<br>4340 Monaco St.<br>Denver CO. 80237<br>PH# NONE |
| Springleaf<br>4010 E. State St<br>Rockford, IL 61108<br>815-397-1193 | Citibank NY State<br>P.O. Box 22828<br>Rochester NY 14692<br>PH# None |

Debtor/Joint Debtor's Name: LaVonne R. Williams

| | |
|---|---|
| Citibank<br>701 E. 60th St. N<br>Sioux Falls SD 57104<br>PH# 800-967-2400 | Nicor Gas<br>P.O. Box 2020<br>Aurora IL 60527<br>888-642-6748 |
| Ocwen Loan Servicing<br>1661 Worthington Rd Ste #100<br>West Palm Beach FL 33409<br>800-746-2936 | Merchants Alarm Service<br>618 E. State St.<br>Rockford, IL 61104<br>815-708-7523 |
| Portfolio Recovery Associates<br>120 Corporate Blvd. Ste #100<br>Norfolk VA 23502<br>800-772-1413 | U.S. Bank<br>1109 E. State St.<br>Rockford IL 61104<br>866-434-2103 |
| State Collection Service<br>2509 S. Stoughton Rd.<br>Madison WI 53716<br>608-661-3000 | Associates Bank<br>512 N. Main St.<br>Rockford, IL 61103<br>815-987-3500 |
| Select Portfolio Servicing<br>3815 S.W. Temple Ste 2050<br>Salt Lake City UT 84115<br>801-293-1883 | Check-N-Go<br>160 N. Mulford<br>Rockford IL 61107<br>815-226-3434 |
| Springleaf Financial Service<br>P.O. Box 59<br>Evansville IN 47701<br>800-382-7951 | Hillcrest Davidson Associates<br>715 Glendale Dr Ste #450<br>Richardson TX 75061<br>866-524-9866 |
| Wells Fargo Financial<br>4143 121st St.<br>Urbandale IA 50323 | Winnebago Recorder of Deeds<br>404 Elm St.<br>Rockford, IL 61101<br>815-319-4325 |
| Citi Mortgage Inc.<br>P.O. Box 10002<br>Hagerstown MD 21747<br>800-283-7918 | Village of Rosemont<br>3601 Algonquin Rd Ste #500<br>Rolling Meadows IL 60008<br>847-255-8300 |
| Com Ed<br>Revenue Management<br>P.O. Box 2321<br>Chgo. IL 60690  800 334-7661 | Citibank<br>701 E. 60th St<br>Sioux Falls SD 57104<br>800-967-4000 |

Debtor/Joint Debtor's Name: LaVonne Renee Williams

| | |
|---|---|
| Radiology Consultants of Rockford<br>P.O. Box 14895<br>Chicago IL 60614<br>800-969-0895 | Comenity Bank<br>P.O. Box 182789<br>Columbus OH 43218<br>800-888-4163 |
| Rockford Gastroenterology<br>401 E. State St.<br>Rockford IL 61104<br>800-545-6213 | Vengroff Williams Inc<br>8840 N. Tamiami<br>Sarasota FL 34243 |
| Swedish American Hospital<br>401 E. State St.<br>Rockford IL 61104<br>800-545-6213 | Bank of America<br>P.O. Box 982238<br>El Paso TX 79998<br>800-421-2110 |
| Capital One-Carsons<br>P.O. Box 5253<br>Carol Stream IL 60197<br>800-695-6950 | Northwest Collectors<br>3601 Algonquin Rd #235<br>Rolling Meadows IL 60008<br>847-255-8300 |
| Credit Management<br>4200 International Pkwy<br>Carrollton TX 75096<br>877-741-7302 | Capital One USA<br>P.O. Box 85015<br>Richmond VA 23285<br>800-955-7070 |
| Navient<br>300 Continental<br>Newark DE. 19713 | Account Recovery Solutions<br>5183 Harlem Rd  #D1162<br>Loves Park IL 61111<br>815-639-9300 |
| Winnebago Magistrate Court<br>400 W. State  #1016704<br>Rockford IL 61101  #16SC2393<br>815-987-2515  #16SC3777<br>#1046615 | Arnold Scott Harris<br>111 W. Jackson ste 400<br>Chicago IL 60604<br>312-574-1853 |
| Navient<br>P.O. Box 9500<br>Wilkes Barre PA 18773<br>888-272-5543 | CMRE Financial ste 2000<br>3075 E. Imperial Hwy<br>Brea CA 92821 |
| National Account Service<br>1246 W. University Ave #421<br>St. Paul MN. 55104<br>651-288-2828 | Mutual Management SVC<br>401 E. State<br>Rockford IL 61104<br>815-963-1220 |

Debtor/Joint Debtor's Name: LaVonne Renee Williams

| | |
|---|---|
| Portfolio Recovery<br>120 Corporate Blvd<br>Norfolk VA 23502<br>800-772-1413 | SLC Student Loan Trust<br>701 E 60th St<br>N. Sioux Falls SD 57104<br>800-967-2400 |
| Rockford Mercantile AGY<br>P.O. Box 5847<br>Rockford IL 61125<br>815-229-3328 | U.S. Dept of Education<br>P.O. Box 7202<br>Utica NY 13504 |
| SLC Stud Loan Trust<br>701 E. 60th St N.<br>Sioux Falls SD 57104<br>800-967-2400 | ATG Credit<br>1700 W. Corland St Ste 201<br>Chicago IL 60622<br>773-227-6820 |
| State Collection Svc<br>P.O. Box 6250<br>Madison WI 53701<br>608-661-3030 | Cach LLC<br>4340 S. Monaco St Unit 2<br>Denver CO 80237<br>877-304-9146 |
| Capital One Auto Finance<br>P.O. Box 29407<br>Plano TX 75025<br>800-946-0332 | Winnebago County Recorder<br>404 Elm St.<br>Rockford IL 61102<br>815-319-4325 |
| Carrington Mortgage Services<br>2201 E 196th St<br>Westfield IN 46074<br>800-561-4567 | CMRE<br>3075 E. Imperial Hwy #200<br>Brea CA 9282<br>714-328-8200 |
| Citibank NA<br>701 E 60th St North<br>Sioux Falls SD 59104<br>800-967-2400 | Radiolgy Consultants of Rockford<br>P.O. Box 14895<br>Chicago IL 60614<br>800-969-4523 |
| SYNCB/JC Penney<br>P.O. Box 965007<br>Orlando FL 32896<br>866-227-5213 | Rockford Gastroenterology<br>401 E. State St<br>Rockford IL 61104<br>800-545-6213 |
| World Portfolio Recovery<br>Riverside Commerce Center<br>120 Corporate Blvd. St<br>Norfolk VA 23502 | Swedish American Hospital<br>401 E. State St.<br>Rockford IL 61104<br>800 545-6213 |

Debtor/Joint Debtor's Name: LaVonne Renee Williams

| | |
|---|---|
| Capital One - Carsons<br>P.O. Box 5253<br>Carol Stream IL 60197<br>800-695-6950 | GM Financial<br>P.O. Box 18845<br>Arlington TX 76352<br>800-845-2271 |
| Citi Mortgage<br>P.O. Box 6243<br>Sioux Falls SD 57117<br>800-283-7918 | Mutual Management SVC<br>401 E. State<br>Rockford IL 61104<br>815-963-1220 |
| Credit Management<br>4200 International Pkwy<br>Carrollton TX 76096<br>877-741-7302 | Comenity Bank/Lane Bryant<br>P.O. Box 182789<br>Columbus OH 43218<br>800-888-4163 |
| Navient<br>300 Continental<br>Newark DE 1973 | Vengroff Williams Inc<br>8440 N Tamiami<br>Sarasota FL 34243 |
| Winnebago Recorder of Deeds<br>400 W. State St<br>Rockford IL 61101<br>815-987-3103 | Bank of America<br>P.O. Box 982238<br>El Paso TX 79998<br>800-421-2110 |
| Acct Recovery Solutions<br>5183 Harlem Rd<br>Loves Park IL 61111<br>815-639-9300 | Capital One - USA NA<br>P.O. Box 30285<br>Salt Lake City UT 84130 |
| CACH LLC<br>4340 S. Monaco 2nd Fl<br>Denver CO 80237<br>877-304-8146 | Mutual Management<br>7177 Crimson Ridge Dr<br>Rockford IL 61107<br>800-545-6213 |
| Capital One - USA<br>P.O. Box 30281<br>Salt Lake City UT 84130<br>800-955-7070 | Navient<br>P.O. Box 9500<br>Wilkes Barre PA 18773 |
| Credit Management LP<br>4000 INTernational<br>Carrollton TX 75207<br>877- | Northwest Collectors<br>3601 Algonquin Rd #232<br>Rolling Meadows IL 60008<br>847-255-8300 |

Debtor/Joint Debtor's Name: LaVonne Renee Williams

| | |
|---|---|
| Rock Valley Culligan<br>6421 Material Ave<br>Loves Park IL 61111 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |