UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re LaVonne Renee Williams, | ) | Bankruptcy Case No. 17-80010 |
| Debtor. | )<br>) | Chapter 7 |
| | )<br>) | Judge Lynch |

## ORDER EXTENDING TIME TO FILE REAFFIRMATION AGREEMENT AND DEFERRING ENTRY OF DISCHARGE

This matter comes before the court on the Debtor's oral request to delay discharge for purposes of filing a new reaffirmation agreement. The Debtor was not represented by counsel during the course of negotiating the proposed reaffirmation agreement with the Huntington National Bank filed on March 21, 2017. Because she was not represented by counsel, the reaffirmation agreement included a request for approval by this court under 11 U.S.C. §524(c) and (d). The court set the matter for hearing on April 10, 2017. The Debtor appeared *pro se* at the hearing, as did counsel for Huntington National Bank. However, at the hearing, counsel for Huntington requested entry of an order modifying the terms of the reaffirmation agreement that had been filed and in a manner not consistent with the terms of the filed reaffirmation agreement or disclosures therein. After the court indicated that the request would be denied and the reaffirmation agreement as filed denied without prejudice, both counsel for Huntington and the Debtor orally requested time to potentially renegotiate and file a revised reaffirmation agreement.

Therefore, this court grants the parties' oral request and orders that:

IT IS HEREBY ORDERED:

1. The time for filing a reaffirmation agreement under Fed. R. Bankr. P. 4008(a) shall be extended to May 15, 2017.

2. In accordance with Fed. R. Bankr. P. 4004(c)(2), entry of discharge shall be deferred until the later of May 15, 2017 or the court's final disposition of any motion to approve reaffirmation agreement filed before that date.

DATE: April 11, 2017      ENTER: _____

Thomas M. Lynch
United States Bankruptcy Judge